November 12, 1982.

452 A.2d 1078

Commercial Leasing, Appellant v. Good Scents Prod. Inc., et al.

Submitted June 21, 1982. Irvin D. Ellis, for appellant; William T. Adis, for appellees.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Order affirmed.

LIPEZ, J., filed a memorandum dissenting opinion.